**Carlos CALDERON, Plaintiff–Appellant,**

and

**Robert Vizzini, Plaintiff,**

v.

**William W. SONDERVAN, Commissioner; Patrick Conroy, Warden; James V. Peguese, Warden; Burlie Frink, Security Chief; Michael Sykes, Defendants–Appellees,**

and

**State of Maryland, Defendant.**

No. 03–6285.

United States Court of Appeals, Fourth Circuit.

Submitted July 24, 2003.

Decided July 30, 2003.

Carlos Calderon, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Sharon Stanley Street, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before MICAHEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Carlos Calderon appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Calderon v. Sondervan,* No. CA–02–2183–AW (D.Md. Jan. 13, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*